1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LEXI NEGIN D.C. Bar # 446153
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   JESUS MIRANDA ZAZUEYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06-376 DLJ |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING |
| v. | ) ) | |
| JESUS MIRANDA ZAZUEYA, | ) | Judge: D. Lowell Jensen |
| Defendant. | ) ) ) | |
| _____ | ) | |

This case is currently scheduled for a sentencing hearing on July 31, 2007. The attorneys for both parties have conferred and agree that additional time is needed for defense counsel to prepare for sentencing. The parties agree to continue sentencing. The Presentence Investigation Report is complete and the parties have no objections to the report.

The parties, through their respective counsel, hereby stipulate and agree that the sentencing hearing currently scheduled in this case for July 31, 2007, be continued until October 23, 2007.

A proposed order is attached and lodged separately for the court's convenience.

DATED: July 20, 2007

1

1 | Respectfully submitted,

2 | McGREGOR W. SCOTT             DANIEL BRODERICK
   | United States Attorney              Federal Defender

 /s/Carolyn Delaney                    /s/ Lexi Negin
CAROLYN DELANEY                   LEXI NEGIN
Assistant U.S. Attorney               Assistant Federal Defender
Attorney for United States            Attorney for JESUS MIRANDA ZAZUEYA

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-376 DLJ |
| Plaintiff, ) | |
| v. ) | PROPOSED ORDER CONTINUING SENTENCING HEARING |
| JESUS MIRANDA ZAZUEYA ) | |
| Defendant. ) | |
| _____ ) | |

For the reasons set forth in the stipulation of the parties, filed on July 20, 2007, IT IS HEREBY ORDERED that the sentencing conference currently scheduled for July 31, 2007, be continued until Tuesday, October 23, 2007, at 9:00 a.m.

Dated:  July 20, 2007, 2007

_____
D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

2