```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JESUS MIRANDA ZAZUEYA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-376 DLJ |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | SENTENCING HEARING |
| v. ) | |
| ) | |
| JESUS MIRANDA ZAZUEYA ) | Judge: D. Lowell Jensen |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

     This case is currently scheduled for a sentencing hearing on October 23, 2007. The attorneys for both parties have conferred and agree that additional time is needed for defense counsel to prepare for sentencing. The parties agree to continue sentencing. The Presentence Investigation Report is complete and the parties have no objections to the report.

     The parties, through their respective counsel, hereby stipulate and agree that the sentencing hearing currently scheduled in this case for October 23, 2007, be continued until November 27, 2007.

     A proposed order is attached and lodged separately for the court's convenience.

DATED: October 22, 2007

1

1  Respectfully submitted,

2  McGREGOR W. SCOTT                    DANIEL BRODERICK
   United States Attorney                Federal Defender

3

4

   /s/Carolyn Delaney                    /s/ Lexi Negin
5  CAROLYN DELANEY                       LEXI NEGIN
   Assistant U.S. Attorney               Assistant Federal Defender
6  Attorney for United States            Attorney for JESUS MIRANDA ZAZUEYA

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-06-376 DLJ |
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING SENTENCING |
| JESUS MIRANDA ZAZUEYA | ) HEARING |
| Defendant. | ) |
| _____ | ) |

For the reasons set forth in the stipulation of the parties, filed on October 22, 2007, IT IS HEREBY ORDERED that the sentencing conference currently scheduled for October 23, 2007, be continued until Tuesday, November 27, 2007, at 10:00 a.m.


Dated:   October 22, 2007

/s/ D. Lowell Jensen
D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

2