1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   HANNAH R. LABAREE, Bar #294338
    Assistant Federal Defender
3   Counsel Designated for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6   Attorneys for Defendant
    JESUS MIRANDA ZAZUEYA
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          | No.  Cr. S 06-376 JAM

12              Plaintiff,             | **STIPULATED MOTION AND ORDER TO
                                       | REDUCE SENTENCE PURSUANT TO 18
13       v.                            | U.S.C. § 3582(c)(2) (AMENDED)**

14  JESUS MIRANDA ZAZUEYA, aka Chuy,   | RETROACTIVE DRUGS-MINUS-TWO
                                       | REDUCTION CASE
15              Defendant.             |
                                       | Judge:  Honorable JOHN A. MENDEZ
16

17          Defendant, JESUS MIRANDA ZAZUEYA, by and through his attorney, Assistant

18  Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and

19  through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

20          1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

21  imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

22  based on a sentencing range that has subsequently been lowered by the Sentencing Commission

23  pursuant to 28 U.S.C. § 994(o);

24          2.      On December 4, 2007, this Court sentenced Mr. Zazueya to a term of 164 months

25  imprisonment;

26          3.      His total offense level was 35, his criminal history category was II, the resulting

27  guideline range was 188 to 235 months; however, he received a downward variance based on the

28  factors set forth in 18 U.S.C. § 3553(a);

Stipulation and Order Re: Sentence Reduction                1

4.      The sentencing range applicable to Mr. Zazueya was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.      Mr. Zazueya's total offense level has been reduced from 33 to 31, and his amended guideline range is 151 to 188 months;

6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Zazueya's term of imprisonment to 151 months.

Respectfully submitted,

Dated:  August 5, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   August 5, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ *Hannah Labaree*
HANNAH LABAREE
Assistant Federal Defender

Attorney for Defendant
JESUS MIRANDA ZAZUEYA

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Zazueya is entitled to the benefit Amendment 782, which reduces the total offense level from 35 to 33, resulting in an amended guideline range of 151 to 188 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in December 2007 is reduced to a term of 151 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

1          Unless otherwise ordered, Mr. Zazueya shall report to the United States Probation Office

2     within seventy-two hours after his release.

3     Dated:   August 6, 2015

4

5                                             /s/ John A. Mendez_____
                                              HONORABLE JOHN A. MENDEZ
6                                             United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28