AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:06-cr-00376-JAM   Document 145   Filed 08/06/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:06cr376 -01 |
| JESUS MIRANDA ZAZUEYA, aka Chuy ) | |
| ) | USM No: 16642-097 |
| Date of Original Judgment: 12/4/2007 ) | |
| Date of Previous Amended Judgment: ) | HANNAH R. LABAREE, AFD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   X the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   164   months **is reduced to**   151 months.   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   12/10/2007   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   8/6/2015                      /s/ John A. Mendez
                                            *Judge's signature*

Effective Date:   11/1/2015                 John A. Mendez, U.S. District Court Judge
*(if different from order date)*           *Printed name and title*