HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JESUS MIRANDA ZAZUEYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JESUS MIRANDA ZAZUEYA, aka Chuy, Defendant. | No. Cr. S 06-376 JAM **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) (SECOND AMENDED)** RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE Judge: Honorable JOHN A. MENDEZ |

Defendant, JESUS MIRANDA ZAZUEYA, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On December 4, 2007, this Court sentenced Mr. Zazueya to a term of 164 months imprisonment;

3. His total offense level was 35, his criminal history category was II, the resulting guideline range was 188 to 235 months; however, he received a downward variance based on the factors set forth in 18 U.S.C. § 3553(a);

4. The sentencing range applicable to Mr. Zazueya was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Zazueya's total offense level has been reduced from 35 to 33, and his amended guideline range is 151 to 188 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Zazueya's term of imprisonment to 151 months.

Respectfully submitted,

| Dated: August 6, 2015 | Dated: August 6, 2015 |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney | /s/ *Hannah Labaree*<br>HANNAH LABAREE<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>JESUS MIRANDA ZAZUEYA |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Zazueya is entitled to the benefit Amendment 782, which reduces the total offense level from 35 to 33, resulting in an amended guideline range of 151 to 188 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in December 2007 is reduced to a term of 151 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

1 | Unless otherwise ordered, Mr. Zazueya shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   August 6, 2015

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge